JS-6

FILED
CLERK, U.S. DISTRICT COURT

12/30/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| WADE H. SCOTT and APRIL S. SCOTT, <br><br>Plaintiffs, <br><br>v. <br><br>SN SERVICING CORPORATION, an Alaska corporation; and DOES 1 through 50, inclusive, <br><br>Defendants. | Case No.: 5:17-cv-01758-FMO-GJS <br><br>Hon. District Judge Fernando M. Olguin <br><br>**ORDER APPROVING STIPULATION TO DISMISS ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

The Court having considered the *Stipulation to Dismiss Action Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* (the "Stipulation") entered into by and between *plaintiffs* Wade H. Scott and April S. Scott ("Plaintiffs"), and *defendant* SN Servicing Corporation ("Defendant," and together with Plaintiffs, the "Parties"), and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that this action is hereby dismissed *with prejudice*.

///

///

**IT IS FURTHER ORDERED** that the Parties shall bear their own attorneys' fees and costs incurred in connection with this action.

**IT IS SO ORDERED**.

Dated: December 30, 2019

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE